UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bd of Trustees of the Pipe Trades District Council No. 36 Health & Welfare Trust Fund, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Aimee Ramsover, <br><br> Defendant(s). | No. C05-1552 BZ <br><br> **ORDER DISCONTINUING SERVICE BY MAIL** |

In reviewing the file, it appears that counsel Lori A. Nord has failed to register for electronic service in this E-filing case. The Court will no longer serve these counsel by mail. If they wish to be served with documents generated by the Court, they must register pursuant to Local Rule 5-4 and General Order 45.

Dated: June 8, 2005

                     /s/ Bernard Zimmerman
                             BERNARD ZIMMERMAN
                       United States Magistrate Judge