```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6
```

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> AIMEE RAMSOWER, individually and doing business as BEST PLUMBING, <br><br> Defendant. | No. C 05 01552 BZ <br><br> **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, personally or by their counsel, that:

1. Plaintiffs hereby grant defendant a thirty (30) day extension of time until August 17, 2005 in which to answer the Complaint filed by plaintiffs and served on defendant.

2. No previous extension of time has been granted.

STIP. FOR EXTEN. OF TIME TO ANS. CMPLT. AND ORDER - Case No. C 05 01552-BZ    Page 1

1  3.  The parties' last day to meet and confer, file Joint ADR
2  Certification, or Notice of Need for ADR Phone Conference will be
3  August 31, 2005.
4  4.  The parties' last day to complete initial disclosures and
5  file Rule 26(f) report is September 13, 2005.
6  5.  The Initial Case Management Conference currently
7  scheduled for August 15, 2005 at 4 P.M. be continued to sometime on
8  or after September 19, 2005 (to be scheduled at the Court's
9  convenience).

                                    CORREN AND CORREN

Dated:  July 13, 2005           By:  /s/ Adam Blair Corren
                                     ADAM BLAIR CORREN
                                     Attorney for Defendant

                                    McCARTHY, JOHNSON & MILLER
                                    LAW CORPORATION

Dated:  July 18, 2005           By:  /s/ Lori A. Nord
                                     LORI A. NORD
                                     Attorneys for Plaintiffs

IT IS SO ORDERED that the date for answering the complaint is extended to August 17, 2005. The Court's Order of April 15, 2005 setting Initial Case Management is vacated. The ~~Court will issue~~ a ~~new~~ Case Management Conference Sept. 26 2005 at 4 p.m. ~~Order.~~

Dated: 1 Aug 05                 _____
                                BERNARD ZIMMERMAN
                                United States Magistrate Judge