Case 3:05-cv-01552-BZ   Document 14   Filed 09/20/2005   Page 1 of 2

Adam Blair Corren, SB#183067
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, Ca 95207
Telephone: (209) 478-2621
Facsimile:    (209) 478-3038
E-Mail: correnlaw@sbcglobal.net

*E-filing*

Attorney for Defendant/Cross-Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE IIPE TRADES DISTRICT COUNCIL NO. 36 PPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>*Plaintiffs,*<br><br>vs.<br><br>AIMEE RAMSOWER, individually and doing business as BEST PLUMBING,<br><br>*Defendant.*<br>AND RELATED CROSS ACTION | Case No. C05-01552 BZ<br><br>DEFENDANT/CROSS-CLAIMANT'S REQUEST FOR TELEPHONIC APPEARANCE;<br>PROPOSED ORDER THEREON |

Defendant/Cross-Claimant's Counsel, ADAM BLAIR CORREN, requests permission to appear

Case 3:05-cv-01552-BZ    Document 14    Filed 09/20/2005    Page 2 of 2

telephonically at the Case Management Conference scheduled for Monday, September 26, 2005 at 4:00 p.m. In addition to the significant travel distance between Counsel's office in Stockton and the San Francisco Courthouse, Counsel is scheduled to appear in the San Joaquin County Courthouse at 2:00 p.m. on the same day. Counsel will be available by telephone for the Case Management Conference at (209) 478-2621.

Dated: September 20, 2005

_____
ADAM BLAIR CORREN
Attorney for Defendant/Cross-Claimant

## PROPOSED ORDER

Upon review of the request filed herein, and upon careful consideration and good cause having been shown, IT IS HEREBY ORDERED that Defendant/Cross-Claimant's request to appear telephonically for the Case Management Conference scheduled for Monday, September 26, 2005 at 4:00 p.m. is granted.

Dated: 21 Sept 05

Bernard Zimmerman
United States Magistrate Judge

*Counsel shall call the court at 4pm*