```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    LILY ZHANG, ESQ., #226943
 3  595 Market Street, Suite 2200
    San Francisco, CA  94105
 4  Telephone:  (415) 882-2992
    Facsimile:  (415) 882-2999
 5  E-mail:     lnord@mjmlaw.us
    Attorneys for Plaintiffs
 6
    LAW OFFICES OF CORREN & CORREN
 7  ADAM BLAIR CORREN, ESQ., #183067
    5345 N. El Dorado, Suite 7
 8  Stockton, CA  95207
    Telephone:  (209) 478-2621
 9  Facsimile:  (209) 478-3038
    E-mail:     correnlaw@sbcglobal.net
10  Attorneys for Defendant

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  BOARD OF TRUSTEES OF THE PIPE TRADES ) No. C 05 01552 BZ ENE
    DISTRICT COUNCIL NO. 36 HEALTH AND   )
15  WELFARE TRUST FUND; BOARD OF         ) STIPULATION CONTINUING ENE
    TRUSTEES OF THE PIPE TRADES DISTRICT ) TO JANUARY 10, 2006 AND
16  COUNCIL NO. 36 PENSION TRUST FUND;   ) ORDER
    BOARD OF TRUSTEES OF THE PIPE TRADES )
17  DISTRICT COUNCIL NO. 36 APPRENTICE   )
    TRAINING TRUST FUND; BOARD OF        )
18  TRUSTEES OF THE CENTRAL CALIFORNIA   )
    PIPE TRADES INDUSTRY LABOR-          )
19  MANAGEMENT COOPERATION COMMITTEE     )
    TRUST FUND,                          )
20                                       )
                  Plaintiffs,            )
21                                       )
         v.                              )
22                                       )
    AIMEE RAMSOWER, individually and     )
23  doing business as BEST PLUMBING,     )
                                         )
24                Defendant.             )
    _____)
25                                       )
    AND RELATED CROSS ACTION             )
26  _____)

27

28


    STIPULATION CONTINUING ENE TO JANUARY 10, 2006
    AND ORDER - Case No. C 05 01552 BZ ENE                           Page 1
```

1    IT IS HEREBY STIPULATED AND AGREED by and between the parties
2 hereto, personally or by their counsel, that:
3    1.   Due to the year end holidays and other calendar conflicts
4 of counsel and the parties, the parties are unable to complete the
5 ENE by January 2, 2006 as previously ordered by the Court.
6    2.   All parties, their counsel, and Thomas M. Herlihy, the
7 neutral evaluator, are available on January 10, 2006.  Thus, they
8 have reserved that date and will hold the ENE on that date if the
9 Court allows.

                                    McCARTHY, JOHNSON & MILLER
                                    LAW CORPORATION

Dated: December ____, 2005    By:  __/s/   Lori A. Nord_____
                                    LORI A. NORD
                                    Attorneys for Plaintiffs

                                    CORREN & CORREN

Dated: December ____, 2005    By:  __/s/   Adam Blair Corren_____
                                    ADAM BLAIR CORREN
                                    Attorneys for Defendant/
                                    Cross-Complainant

   IT IS SO ORDERED that the ENE be conducted on January 10,
2006.

Dated: December 5, 2005            _____/s/ Bernard Zimmerman_____
                                    BERNARD ZIMMERMAN
                                    United States Magistrate Judge