1  McCARTHY, JOHNSON & MILLER
       LAW CORPORATION
2  LORI A. NORD, ESQ., #87993
   LILY ZHANG, ESQ., #226943
3  595 Market Street, Suite 2200
   San Francisco, CA  94105
4  Telephone:  (415) 882-2992
   Facsimile:  (415) 882-2999
5  E-mail:     lnord@mjmlaw.us
   Attorneys for Plaintiffs
6
   LAW OFFICES OF CORREN & CORREN
7  ADAM BLAIR CORREN, ESQ., #183067
   5345 N. El Dorado, Suite 7
8  Stockton, CA  95207
   Telephone:  (209) 478-2621
9  Facsimile:  (209) 478-3038
   E-mail:     correnlaw@sbcglobal.net
10 Attorneys for Defendant

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  BOARD OF TRUSTEES OF THE PIPE TRADES ) <br> DISTRICT COUNCIL NO. 36 HEALTH AND   ) <br> 15  WELFARE TRUST FUND; BOARD OF         ) <br> TRUSTEES OF THE PIPE TRADES DISTRICT ) <br> 16  COUNCIL NO. 36 PENSION TRUST FUND;   ) <br> BOARD OF TRUSTEES OF THE PIPE TRADES ) <br> 17  DISTRICT COUNCIL NO. 36 APPRENTICE   ) <br> TRAINING TRUST FUND; BOARD OF        ) <br> 18  TRUSTEES OF THE CENTRAL CALIFORNIA   ) <br> PIPE TRADES INDUSTRY LABOR-          ) <br> 19  MANAGEMENT COOPERATION COMMITTEE     ) <br> TRUST FUND,                          ) <br> 20                                      ) <br>             Plaintiffs,              ) <br> 21                                      ) <br>       v.                             ) <br> 22                                      ) <br> AIMEE RAMSOWER, individually and     ) <br> 23  doing business as BEST PLUMBING,     ) <br>                                      ) <br> 24             Defendant.              ) <br> _____ ) <br> 25                                      ) <br> AND RELATED CROSS ACTION             ) <br> 26  _____ ) | No. C 05 01552 BZ (EMC) <br><br> **STIPULATION CONTINUING SETTLEMENT CONFERENCE TO <u>APRIL 25, 2006 AND ORDER</u>** |

27

28

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties
2 hereto, personally or by their counsel, that:
3   1.   Plaintiffs' lead counsel will be out of state on April
4 18, 2006 and therefore the parties stipulate to continue that
5 conference to April 25, 2006 at 9:30 A.M.

                                   McCARTHY, JOHNSON & MILLER
                                   LAW CORPORATION


Dated: December ____, 2005    By:   /s/ Lori A. Nord
                                   LORI A. NORD
                                   Attorneys for Plaintiffs

                                   CORREN & CORREN


Dated: December ____, 2005    By:   /s/ Adam Blair Corren
                                   ADAM BLAIR CORREN
                                   Attorneys for Defendant/
                                   Cross-Complainant


  IT IS SO ORDERED that the April 18, 2006 Settlement Conference be continued to April 25, 2006 at 9:30 A.M.  Settlement Conference statements shall be lodged by hard copy with Judge Chen's chambers by April 11, 2006.

Dated: December 6, 2005            _____
                                   EDWARD M. CHEN
                                   United States Magistrate Judge