UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, et al., <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>AIMEE RAMSOWER dba BEST PLUMBING, <br><br>　　　　Defendant(s). | No. C05-1552 BZ <br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: January 9, 2006

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\BD OF TRUSTEES.RAMSOWER\CONDITIONAL ORDER OF DISMISSAL.WPD

1