```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE PIPE TRADES ) No. C 05 01552 BZ
    DISTRICT COUNCIL NO. 36 HEALTH AND   )
12  WELFARE TRUST FUND; BOARD OF         ) STIPULATION AND ORDER FOR
    TRUSTEES OF THE PIPE TRADES DISTRICT ) DISMISSAL
13  COUNCIL NO. 36 PENSION TRUST FUND;   )
    BOARD OF TRUSTEES OF THE PIPE TRADES )
14  DISTRICT COUNCIL NO. 36 APPRENTICE   )
    TRAINING TRUST FUND; BOARD OF        )
15  TRUSTEES OF THE CENTRAL CALIFORNIA   )
    PIPE TRADES INDUSTRY LABOR-          )
16  MANAGEMENT COOPERATION COMMITTEE     )
    TRUST FUND,                          )
17                                       )
              Plaintiffs,                )
18                                       )
         v.                              )
19                                       )
    AIMEE RAMSOWER, individually and     )
20  doing business as BEST PLUMBING,     )
                                         )
21            Defendant.                 )
    _____)
22                                       )
    AND RELATED CROSS ACTION             )
23  _____)

24

25       It is hereby stipulated by and between the parties to the

26  above-entitled action, acting through their counsel of record, that

27  plaintiffs' complaint and defendant's cross-claim be dismissed with

28  prejudice, pursuant to Rule 41(a)(1) and (c) of the Federal Rules
```

STIPULATION AND ORDER FOR DISMISSAL - Case No. C 05 01552 BZ                    Page 1

1 of Civil Procedure.  The parties shall bear their own costs of suit
2 and attorneys' fees.

3                                    McCARTHY, JOHNSON & MILLER
                                     LAW CORPORATION
4

5
  Dated:   February 3, 2006          By:    /s/ Lori A. Nord
6                                           LORI A. NORD
                                            Attorneys for Plaintiffs
7
                                     LAW OFFICES OF CORREN AND CORREN
8

9
  Dated:   February 16, 2006         By:    /s/ Adam Blair Corren
10                                          ADAM BLAIR CORREN
                                            Attorney for Defendant
11

12       IT IS SO ORDERED.

13

14 Dated: March 2, 2006              _____
                                     BERNARD ZIMMERMAN
15                                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on February____, 2006, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**STIPULATION AND ORDER FOR DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on February ____, 2006.


By: _____
        DIANE NAKAMURA


Adam Blair Corren, Esq.
Law Offices of Corren and Corren
El Dorado Executive Plaza
5345 N. El Dorado Street, uite 7
Stockton, CA   95207